# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR AGUIRRE,<br>　　　　Defendant. | Case No. 11cr5679-MMA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[Doc. No. 89] |

Upon due consideration of the applicable statutory factors, good cause appearing, the Court **GRANTS** Defendant Edgar Aguirre's unopposed motion and **ORDERS** that his remaining term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date this Order is filed.

**IT IS SO ORDERED**.

DATE: March 6, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge